B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Avram, Marian** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Avram, Marcela** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0406** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7578** |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 Deepwood**<br>**Barrington Hills, IL**<br><div align="right">ZIP Code</div>**60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**601 Deepwood**<br>**Barrington Hills, IL**<br><div align="right">ZIP Code</div>**60010** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Avram, Marian**<br>**Avram, Marcela** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Ariel Weissberg**                    **August  9, 2011**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Ariel Weissberg 03125591** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)
Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Avram, Marian** |
| **Avram, Marcela** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Marian Avram
Signature of Debtor **Marian Avram**

**X** /s/ Marcela Avram
Signature of Joint Debtor **Marcela Avram**

Telephone Number (If not represented by attorney)

**August 9, 2011**
Date

### Signature of Attorney*

**X** /s/ Ariel Weissberg
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**August 9, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re
**Marian Avram**
**Marcela Avram**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Marian Avram**
_____
**Marian Avram**

Date:  **August  9, 2011**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Marian Avram**
**Marcela Avram**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Marcela Avram**
                              **Marcela Avram**

Date:    **August  9, 2011**

B6D (Official Form 6D) (12/07)

In re   **Marian Avram,**                                    Case No. _____
        **Marcela Avram**
                                                          ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxxxxx0846** | | | **First Mortgage** | | | | | |
| **Charter One**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | | J | **601 Deepwood, Barrington Hills IL 60010** | | | | | |
| | | | Value $                **760,000.00** | | | | 420,000.00 | 0.00 |
| Account No. **xxxxxxxxxx x0001** | | | **Second Mortgage** | | | | | |
| **First Midwest Bank**<br>**17500 Oak Park Avenue**<br>**Tinley Park, IL 60477** | | J | **601 Deepwood, Barrington Hills IL 60010** | | | | | |
| | | | Value $                **760,000.00** | | | | 500,000.00 | 160,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**_0_** continuation sheets attached

|  | Subtotal<br>(Total of this page) | 920,000.00 | 160,000.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 920,000.00 | 160,000.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Marian Avram,**                                          Case No. _____
        **Marcela Avram**
                                                          ,
_____
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**5**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Marian Avram,**
      **Marcela Avram**

Case No. _____

                                                                                    ,
                                                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **65112** CITY OF CHICAGO c/o Markoff & Krasny 29 N Wacker Dr., Suite 550 CHICAGO, IL 60606-2854 | | W | 10DS007866 | | | | 213.40 | 213.40 | 0.00 |
| Account No. **xxxx-xx-xx3170** CITY OF CHICAGO c/o TALAN & KTSANES 223 W JACKSON #512 CHICAGO, IL 60606 | | H | City of Chicago v. Avram, et al., 2010-M1-673170 | | | | 3,500.00 | 3,500.00 | 0.00 |
| Account No. **xxxx-xx-xx2675** CITY OF CHICAGO c/o GOLDMAN AND GRANT 205 W RANDOLPH CHICAGO, IL 60606 | | H | City of Chicago v. Avram, et al., 2009-M1-672675 | | | | 1,000.00 | 1,000.00 | 0.00 |
| Account No. **xxxx-xx-xx2544** CITY OF CHICAGO c/o CORPORATION COUNSEL 30 N LASSALE 800 CHICAGO, IL 60602 | | H | City of Chicago v. Avram, et al., 2009-MI-402544 | | | | 5,500.00 | 5,500.00 | 0.00 |
| Account No. **xxxx-xx-xx0322** CITY OF CHICAGO c/o Markoff & Krasny 29N Wacker Drive #550 CHICAGO, IL 60606 | | H | City of Chicago v. Avram, 2009-M1-650322 | | | | 1,000.00 | 1,000.00 | 0.00 |
| Sheet _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 11,213.40 | 11,213.40 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Marian Avram,**
　　　**Marcela Avram**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-xx8893** <br><br> **CITY OF CHICAGO** <br> **c/o BAKER & MILLER** <br> **29 N WAKER DRIVE** <br> **CHICAGO, IL 60603** | H | | **City of Chicago v. Avram, 2008-M1-658893** | | | | 1,040.00 | 1,040.00 | 0.00 |
| Account No. **xxxx-xx-xx8790** <br><br> **CITY OF CHICAGO** <br> **c/o BAKER & MILLER** <br> **29 N WAKER DRIVE** <br> **CHICAGO, IL 60603** | H | | **City of Chicago v. Avram, 2008-M1-658790** | | | | 1,040.00 | 1,040.00 | 0.00 |
| Account No. **xxxx-xx-xx9473** <br><br> **CITY OF CHICAGO** <br> **c/o BAKER & MILLER** <br> **29 N WAKER DRIVE** <br> **CHICAGO, IL 60603** | H | | **City of Chicago v. Avram, 2007-M1-679473** | | | | 600.00 | 600.00 | 0.00 |
| Account No. **xxxx-xx-xx9076** <br><br> **CITY OF CHICAGO** <br> **c/o WEXLER & WEXLER** <br> **500 W MADISON # 450** <br> **CHICAGO, IL 60661** | H | | **City of Chicago v. Avram, 2006-M1-699076** | | | | 10,550.00 | 10,550.00 | 0.00 |
| Account No. **xxxx-xx-xx8679** <br><br> **CITY OF CHICAGO** <br> **c/o WEXLER & WEXLER** <br> **500 W MADISON # 450** <br> **CHICAGO, IL 60661** | H | | **City of Chicago v. Avram, 2006-M1-698679** | | | | 900.00 | 900.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,130.00 | |
|---|---|---|---|
| | (Total of this page) | 14,130.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Marian Avram,**
    **Marcela Avram**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxx-xx-xx0106**<br><br>**CITY OF CHICAGO**<br>**c/o GOLDMAN AND GRANT**<br>**205 W RANDOLPH**<br>**CHICAGO, IL 60606** | | H | | **City of Chicago v. Avram, 2006-M1-690106** | | | | 2,070.01 | 2,070.01 | 0.00 |
| Account No. **MARIAN AVRAM**<br><br>**CITY OF CHICAGO**<br>**c/o BAKER & MILLER**<br>**29 N WAKER DRIVE**<br>**CHICAGO, IL 60603** | | H | | **City of Chicago v. Avram, 2004-M1-615462** | | | | 525.00 | 525.00 | 0.00 |
| Account No. **xxxx-xx-xx7416**<br><br>**CITY OF CHICAGO**<br>**c/o GOLDMAN AND GRANT**<br>**205 W RANDOLPH**<br>**CHICAGO, IL 60606** | | H | | **City of Chicago v. Avram, 2005-M1-697416** | | | | 1,430.00 | 1,430.00 | 0.00 |
| Account No. **xxxx-xx-xx3856**<br><br>**CITY OF CHICAGO**<br>**c/o GOLDMAN AND GRANT**<br>**205 W RANDOLPH**<br>**CHICAGO, IL 60606** | | H | | **City of Chicago v. Avram, 2005-M1-683856** | | | | 2,711.56 | 2,711.56 | 0.00 |
| Account No. **xxxx-xx-xx8539**<br><br>**CITY OF CHICAGO**<br>**c/o WEXLER & WEXLER**<br>**500 W MADISON # 450**<br>**CHICAGO, IL 60661** | | H | | **City of Chicago v. Avram, 2005-M1-678539** | | | | 1,050.00 | 1,050.00 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 7,786.57 | |
|---|---|---|---|
| | (Total of this page) | 7,786.57 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Marian Avram,**
      **Marcela Avram**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | HWJC | | | | | | | | |
| Account No. **xxxx-xx-xx9542** <br><br> **CITY OF CHICAGO** <br> **c/o WEXLER & WEXLER** <br> **500 W MADISON # 450** <br> **CHICAGO, IL 60661** | | H | | City of Chicago v. Avram, 2004-M1-629542 | | | | **1,025.00** | 1,025.00 | 0.00 |
| Account No. **xxxx-xx-xx1236** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASSALE 800** <br> **CHICAGO, IL 60602** | | J | | City of Chicago v. Avram, 2004-M1-401236 | | | | **15,000.01** | 15,000.01 | 0.00 |
| Account No. **xxxx-xx-xx4263** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASSALE 800** <br> **CHICAGO, IL 60602** | | J | | City of Chicago v. Avram, 2003-M1-404263 | | | | **25,500.00** | 25,500.00 | 0.00 |
| Account No. **xxxx-xx-xx4078** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASSALE 800** <br> **CHICAGO, IL 60602** | | J | | City of Chicago v. Avram, 2003-M1-404078 | | | | **31,500.00** | 31,500.00 | 0.00 |
| Account No. **xxxx-xx-xx0590** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASSALE 800** <br> **CHICAGO, IL 60602** | | H | | City of Chicago v. Avram, 2003-M1-400590 | | | | **500.00** | 500.00 | 0.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 73,525.01 | |
| (Total of this page) | 73,525.01 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**

Case No. _____

                                                            Debtors                    ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-xx0653** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASSALE 800** <br> **CHICAGO, IL 60602** | | H | **City of Chicago v. Avram, 2000-M1-450653** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxx-xx-xx1479** <br><br> **CITY OF CHICAGO** <br> **c/o CORPORATION COUNSEL** <br> **30 N LASALLE 800** <br> **CHICAGO, IL 60602** | | J | **City of Chicago v. Avram, 2010-M1-401479** | | | | 15,000.00 | 15,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 15,000.00 | 15,000.00 <br> 0.00 |
| Total (Report on Summary of Schedules) | 121,654.98 | 121,654.98 <br> 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Marian Avram,**
       **Marcela Avram**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC REMODELERS SUPPLY**<br>**5935 W GRAND**<br>**CHICAGO, IL 60639** | | H | **MERCHANT 773-883-2424** | | | | **18,000.00** |
| Account No. **xxxxxxxxxxx3433**<br><br>**ABT TV- GE MONEY BANK**<br>**c/o Meyer & Njus, P.A.**<br>**200 S. Sixth St., Suite 1100**<br>**MINNEAPOLIS, MN 55402** | | J | | | | | **31,000.00** |
| Account No. **xxx-xxx1410**<br><br>**AJ Smith Federal Savings Bank**<br>**14757 S. Cicero Ave.**<br>**Midlothian, IL 60445** | | J | **3432 W. Franklin, Chicago, IL 60624** | | | | **3,000,000.00** |
| Account No. **xx xH 690**<br><br>**AMCORE BANK NA**<br>**c/o Randall & Keing LLP**<br>**45 N. Cityfront Plaza Dr., #2510**<br>**CHICAGO, IL 60611** | | J | **6610 -16 S KENWOOD THE CAROLINA CONDO** | | | | **1,510,236.51** |

_**30**_  continuation sheets attached

Subtotal
(Total of this page)

**4,559,236.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
      **Marcela Avram**
                                        ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No. xx xx x0690**<br><br>**Amcore Bank, N.A.**<br>**c/o Randall & Kenig LLP**<br>**455 N. Cityfront Plaza Dr., Rm.2510**<br>**Chicago, IL 60611** | | J | | **Amcore Bank, N.A. v. Avram, et al., 09 CH 00690** | | | | **1,510,236.51** |
| **Account No. xx xx x2069**<br><br>**American Community Bank & Trust**<br>**c/o Beaulieu Law Offices, P.C.**<br>**5339 W. Belmont Ave.**<br>**Chicago, IL 60641** | | J | | **American Community Bank & Trust v. Avram, et al., 09 CH 22069** | | | | **281,994.13** |
| **Account No. xx xx x2083**<br><br>**American Community Bank & Trust**<br>**c/o Beaulieu Law Offices, P.C.**<br>**5339 W. Belmont Ave.**<br>**Chicago, IL 60641** | | J | | **American Community Bank & Trust v. Avram, et al., 09 CH 22083** | | | | **878,252.80** |
| **Account No. xx-xx-x2069**<br><br>**AMERICAN COMMUNITY BANK & TRUST**<br>**c/o BEAULIEU LAW OFFICES, P.C**<br>**5339 W  BELMONT AVE**<br>**CHICAGO, IL 60641** | | J | | **KIMBARK** | | | | **281,994.13** |
| **Account No. xx xx x2083**<br><br>**AMERICAN COMMUNITY BANK & TRUST**<br>**c/o BEAULIEU LAW OFFICES, P.C**<br>**5339 W  BELMONT AVE**<br>**CHICAGO, IL 60641** | | J | | **2934 W LAKE** | | | | **878,252.80** |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,830,730.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
        **Marcela Avram**
                                                    Case No. _____
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x-x1005** <br><br> **AMERICAN EXPRESS - DELTA SKYMILES** <br> **PO BOX 0001** <br> **LOS ANGELES, CA 90096-8000** | | J | | CREDIT CARD | | | | **9,950.00** |
| Account No. **xxxx-xx-x7533** <br><br> **Archer Bank** <br> **c/o MARTIN & KARCAZES LTD** <br> **161 N.CLARK ST. #550** <br> **Chicago, IL 60601** | | J | | Archer Bank v. Avram, et al., 2008-CH-47533 | | | X | **Unknown** |
| Account No. **xxxxx9144** <br><br> **Audi Financial Service** <br> **PO BOx 7498** <br> **Libertyville, IL 60048** | | J | | 2008 Audi (Approx.) | | | | **23,000.00** |
| Account No. <br><br> **Bahtiar Hoxna** <br> **30 N,. LaSalle Street, Suite 29** <br> **Chicago, IL 60602** | | J | | Legal Fees | | | | **87,500.00** |
| Account No. **xxxx xxxx xxxx 4000** <br><br> **BANK OF AMERICA** <br> **PO BOX 851001** <br> **DALLAS, TX 75285** | | W | | CREDIT CARD | | | | **3,900.00** |

Sheet no. __**2**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **124,350.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
    **Marcela Avram**
                                                        ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx 5709**<br><br>**BELSTON UNIVERSITY MANAGEMENT**<br>**223B Stiger street,**<br>**Suite 12- P OBox913**<br>**HACKETTSTOWN, NJ 07840-0913** | | H | | **MERCHANT ACCOUNT** | | | | 16,500.00 |
| Account No. **xx# xx-xxx4670**<br><br>**BLUE LINE CONSTRUCTION**<br>**PO BOX 1836**<br>**MELROSE PARK, IL 60161** | | H | | **CONTRACT** | | | | 35,000.00 |
| Account No. **xx xx x8053**<br><br>**BMO Harris, NA**<br>**c/o William J. Serritella Jr.**<br>**330 N. Wabash Avenue, Suite 1700**<br>**Chicago, IL 60611** | | J | | **BMO Harris, NA f/k/a Harris NA, successor by merger to Harris Bank Winnetka v. Avram, et al., 11 CH 18053** | | | X | 4,000,855.94 |
| Account No. **xxxx xxxx xxxx 7134**<br><br>**CAPITAL ONE**<br>**PO BOX 6492**<br>**CAROL STREAM, IL 60197** | | H | | **CREDIT CARD** | | | | 2,200.00 |
| Account No. **xxxx xxxx xxxx 2315**<br><br>**CAPITAL ONE**<br>**PO BOX 6492**<br>**CAROL STREAM, IL 60197** | | W | | **CREDIT CARD** | | | | 6,400.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,060,955.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
          **Marcela Avram**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xx-xx0492** | | | | **Carolina Association v. Avram, et al., 2010-M1-720492** | | | | |
| **CAROLINA ASSOCIATION** **c/o Peace of Mind Properties** **1038 E 47th St 3F** **CHICAGO, IL 60653** | | H | | | | | | 45,000.00 |
| Account No. | | | | **CONTRACT** | | | | |
| **CERTIFIED WINDOW** **2840 N CENTRAL PARK AVE** **CHICAGO, IL 60618** | | H | | | | | | 25,000.00 |
| Account No. **xxxx xxxx xxxx 4973** | | | | **CREDIT CARD** | | | | |
| **CHASE** **POBOX 15153** **WILMINGTON, DE 19886** | | J | | | | | | 13,500.00 |
| Account No. **xxxxx5977** | | | | **Unsecured Loan** | | | | |
| **Chase Home Finance** **PO Box 44090** **Jacksonville, FL 32231** | | J | | | | | | 1,990,000.00 |
| Account No. **xxxx xxxx xxxx 5102** | | | | **CREDIT CARD** | | | | |
| **CHASE-SONY CARD** **POBOX 15153** **WILMINGTON, DE 19886** | | W | | | | | | 16,900.00 |

Sheet no. __4___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,090,400.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
      **Marcela Avram**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8597** | | | CREDIT CARD | | | | |
| **CITI MASTER CARD PROCCESING CENTER DES MOINT, IA 50364** | | W | | | | | **4,100.00** |
| Account No. **x.x4E+15** | | | THE HOME DEPOT original creditor | | | | |
| **CITIBANK- HOME DEPOT P.O BOX 66768 HOUSTON, TX 77266-6768** | | H | | | | | **20,000.00** |
| Account No. **xx# xxxxx9359** | | | SHELL CREDIT CARD | | | | |
| **CITIBANK- SHELL C/o CLIENT SERVICES INC 3451 HARRY TRUMAN BLVD ST CHARLES, MO 63301-4047** | | H | | | | | **3,963.31** |
| Account No. **x5769** | | | MERCHANT ACC | | | | |
| **CLARK HARDWARE DEVON 6401 N CLARK ST CHICAGO, IL 60626** | | H | | | | | **700.00** |
| Account No. **xx xx x6414** | | | Cole Taylor Bank v. Avram, et al., 09-CH-16414 | | | | |
| **Cole Taylor Bank c/o William J. Serritella Jr., Esq. 330 N. Wabash Avenue, Suite 1700 Chicago, IL 60611** | | J | | | | | **657,374.97** |

Sheet no. __5__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**686,138.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marian Avram,**
    **Marcela Avram**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xx x6414** | | | **WESTMINSTER 36-50 N MENARD** | | | | |
| **COLE TAYLOR BANK** **c/o ARONBERG GOLDGEHN** **330 N WABASH AVE- SUITE 1700** **CHICAGO, IL 60611** | | J | | | | | 657,374.97 |
| Account No. **xxxx xx2056** | | | **UTILITY BILLS** | | | | |
| **COMED** **P O BOX 6111** **CAROL STREAM   IL  60197-6111** | | J | | | | | 8,909.21 |
| Account No. **xxx xxxxxx0019** | | | **UTILITY BILLS** | | | | |
| **COMED** **P O BOX 6111** **CAROL STREAM   IL  60197-6111** | | J | | | | | 8,057.86 |
| Account No. **xxx xxxxxx9032** | | | **UTILITY BILLS** | | | | |
| **COMED** **P O BOX 6111** **CAROL STREAM   IL  60197-6111** | | J | | | | | 1,483.13 |
| Account No. **xxx xxxxxx2014** | | | **UTILITY BILLS** | | | | |
| **COMED** **P O BOX 6111** **CAROL STREAM   IL  60197-6111** | | J | | | | | 4,109.75 |

Sheet no. __6__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 679,934.92 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
    **Marcela Avram**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx xxxxxx7012** | | | | UTILITY BILLS | | | | |
| COMED P O BOX 6111 CAROL STREAM   IL  60197-6111 | | | J | | | | | 24,603.68 |
| Account No. **xxx xxxxxx7014** | | | | UTILITY BILLS | | | | |
| COMED P O BOX 6111 CAROL STREAM   IL  60197-6111 | | | J | | | | | 2,255.82 |
| Account No. **xxx xxxxxx0033** | | | | UTILITY BILLS | | | | |
| COMED P O BOX 6111 CAROL STREAM   IL  60197-6111 | | | J | | | | | 25,339.80 |
| Account No. **xxx xxxxxx5050** | | | | UTILITY BILLS | | | | |
| COMED P O BOX 6111 CAROL STREAM   IL  60197-6111 | | | J | | | | | 6,310.94 |
| Account No. **xxx xxxxxx6024** | | | | UTILITY BILLS | | | | |
| COMED P O BOX 6111 CAROL STREAM   IL  60197-6111 | | | J | | | | | 1,398.75 |

Sheet no. **7** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,908.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
          **Marcela Avram**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxxx9021**<br><br>**COMED**<br>**P O BOX 6111**<br>**CAROL STREAM   IL   60197-6111** | | J | **UTILITY BILLS** | | | | 236.31 |
| Account No. **xxx xxxx x5154**<br><br>**COMED  re:26499**<br>**P O BOX 6111**<br>**CAROL STREAM   IL   60197-6111** | | J | **UTILITY BILLS** | | | | 9,692.08 |
| Account No. **xxx#xx6830**<br><br>**CRAFTY BEAVER HOME**<br>**c/o Arnstein & Zeller**<br>**2516 WAUKEGAN RD 171**<br>**GLENVIEW, IL 60025** | | H | **Crafty Beaver v. Avram, 2009-M1-134991** | | | | 38,000.00 |
| Account No.<br><br>**CRANE & NARCROSS**<br>**2 NORTH LASALLE ST**<br>**CHICAGO, IL 60602** | | H | **CONTRACTS** | | | | 16,000.00 |
| Account No.<br><br>**Crystal Lake Bank**<br>**70 N. Williams St.**<br>**Crystal Lake, IL 60014** | | J | **4847 S Vincennes Ave, Chicago, IL 60615** | | | | 750,000.00 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 813,928.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
     **Marcela Avram**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-xx6845**<br><br>**DALEY AND GEORGE**<br>**20 S CLARK ST #400**<br>**CHICAGO, IL 60603** | | H | **Daley & George v. Avram, 2009-M1-126845** | | | | 9,500.00 |
| Account No.<br><br>**DANIEL MARAN**<br>**3447 W 73RD PLACE**<br>**CHICAGO, IL 60629** | | H | **CONTRACT** | | | | 11,000.00 |
| Account No. **xx# xx x x5053**<br><br>**DEBORAH JOHNSON**<br>**c/o DEUTSCHMAN & ASSOCIATES PC**<br>**77 W WASHINGTON#1525**<br>**CHICAGO, IL 60602** | | J | **Johnson, et al. v. European Development, et al., 09-L-015053** | | | | 50,000.00 |
| Account No.<br><br>**DIRECT CABINETS**<br>**6160 N CICERO**<br>**CHICAGO, IL 60646** | | H | **CONTRACT** | | | | 54,000.00 |
| Account No. **1749**<br><br>**DISCOVER**<br>**PO BOX 3025**<br>**NEW ALBANY, OH 43053** | | J | **CREDIT CARD** | | | | 11,000.00 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2256** <br><br> **DISCOVER GOLD** <br> **PO BOX 3025** <br> **NEW ALBANY, OH 43053** | | W | | CREDIT CARD | | | | 16,500.00 |
| Account No. <br><br> **DOMINGO TORRESS** <br> **2750 S PULASKY AVE** <br> **CHICAGO, IL** | | H | | CONTRACT | | | | 11,220.00 |
| Account No. <br><br> **EVERGREEN OAK ELECTRIC** <br> **P O BOX 549** <br> **CRESTWOOD, IL 60445** | | H | | MERCHANT ACC | | | | 9,800.00 |
| Account No. **xxxx0934** <br><br> **First Midwest Bank** <br> **17500 Oak Park Avenue** <br> **Tinley Park, IL 60477** | | J | | 5115 S Drexel Ave Chicago IL 60615 | | | | 686,000.00 |
| Account No. **xxxx0934** <br><br> **First Midwest Bank** <br> **17500 Oak Park Avenue** <br> **Tinley Park, IL 60477** | | J | | 5115 S Drexel Ave Chicago IL 60615 | | | | 700,000.00 |

Sheet no. __**10**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,423,520.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
　　　　**Marcela Avram**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-x0001**<br><br>**First Midwest Bank**<br>**PO BOX 9003**<br>**Gurnee, IL 60031** | | J | **3549-51 W Dickens Ave, Chicago, IL 60647** | | | | **586,000.00** |
| Account No. **xxxxxxxxxx-x0001**<br><br>**First Midwest Bank**<br>**PO BOX 9003**<br>**Gurnee, IL 60031** | | J | **3549-51 W Dickens Ave, Chicago, IL 60647** | | | | **125,000.00** |
| Account No. **xxxxxxxxxx-x0003**<br><br>**First Midwest Bank**<br>**17500 Oak Park Avenue**<br>**Tinley Park, IL 60477** | | J | **3547 W Dickens Ave. Chicago, IL 60647** | | | | **675,000.00** |
| Account No. **xxxxxxxxxx-x9337**<br><br>**First Midwest Bank**<br>**17500 Oak Park Avenue**<br>**Tinley Park, IL 60477** | | J | **3547 W Dickens Ave. Chicago, IL 60647** | | | | **150,000.00** |
| Account No. **xxxxxxxxxx-x0004**<br><br>**First Midwest Bank**<br>**17500 Oak Park Avenue**<br>**Tinley Park, IL 60477** | | J | **3544 W Dickens Ave. Chicago, IL 60647** | | | | **250,000.00** |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,786,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4100** | | | 5401 Lemoyne St, Chicago, Illinois 60651 | | | | |
| **FirstMerit Bank, N.A.** **61 East VanBuren St** **Chicago, IL 60605** | | J | | | | | 450,000.00 |
| Account No. **xxxxxxxxx4100** | | | 5401 Lemoyne St, Chicago, Illinois 60651 | | | | |
| **FirstMerit Bank, N.A.** **61 East VanBuren St** **Chicago, IL 60605** | | J | | | | | 50,000.00 |
| Account No. **x.x1E+19** | | | FORD CREDIT original creditor | | | | |
| **FORD MOTOR CREDIT** **PO BOX 6508** **MESA, AZ 85216-6508** | | H | | | | | 6,400.00 |
| Account No. **xxx# xxxxxxxxxxxxxxxxx0000** | | | FORD CREDIT | | | | |
| **FORD MOTOR CREDIT** **PO BOX 6508** **MESA, AZ 85216-6508** | | H | | | | | 6,400.00 |
| Account No. **xx-xx-4230** | | | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | | |
| **FRANCISCO RENDON** **c/o Working Hands Legal Clinic** **77 W. Washington, #1402** **Chicago, IL 60602** | | H | | | | X | 167,721.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

680,521.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
       **Marcela Avram**

Case No. _____

                                                     ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3600 W Franklin Blvd, Chicago, IL 60624 | | | | |
| Harris Trust & Savings 111 West Monroe Street Chicago, IL 60603 | | J | | | | | 3,072,338.99 |
| Account No. | | | 3600 W Franklin Blvd, Chicago, IL 60624 | | | | |
| Harris Trust & Savings 111 West Monroe Street Chicago, IL 60603 | | J | | | | | 619,786.11 |
| Account No. | | | 3600 W Franklin Blvd, Chicago, IL 60624 | | | | |
| Harris Trust & Savings 111 West Monroe Street Chicago, IL 60603 | | J | | | | | 308,730.84 |
| Account No. | | | 3600 W Franklin Blvd, Chicago, IL 60624 | | | | |
| Harris Trust & Savings 111 West Monroe Street Chicago, IL 60603 | | J | | | | | 4,000,000.00 |
| Account No. | | | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | | |
| Hector Guzman c/o Working Hands Legal Clinic 77 W. Washington, #1402 Chicago, IL 60602 | | H | | | | X | 167,721.00 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,168,576.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
      **Marcela Avram**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hermilo Hernandez** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | X | <br><br><br>167,721.00 |
| Account No. **xxxx-xx-xx9858** <br><br>**HERRING TIRAJI Y** <br>**Address Unknown** | | J | **TIRAJI Y HERRING v. AVRAM, 2007-M1-199858** | | | | <br><br><br>10,000.00 |
| Account No. **x.x8E+13** <br><br>**HINCKLEY SPRINGS** <br>**PO BOX 660579** <br>**DALLAS, TX 75266** | | J | **Hinckley Springs original creditor** | | | | <br><br><br>1,200.00 |
| Account No. <br><br>**Jose Carlos Cardenas** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | X | <br><br><br>167,721.00 |
| Account No. <br><br>**Jose Salazar** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | X | <br><br><br>167,721.00 |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

514,363.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
      **Marcela Avram**

Case No. _____

_____,
              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Juan Carlos Cardenas** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | X | 167,721.00 |
| Account No. <br><br> **Juan Hernandez** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | X | 167,721.00 |
| Account No. <br><br> **KARE & ASSOCIATES** <br>**100 N LASALLE** <br>**CHICAGO, IL 60602** | | J | | | | | | 20,000.00 |
| Account No. <br><br> **KNORR & CO. LTD** <br>**116 S ARLINGTON HEIGHTS RD** <br>**ARLINGTON HEIGHTS IL 60005** | | H | | **CONTRACT** | | | | 35,000.00 |
| Account No. <br><br> **LEGEND PAINTERS** <br>**10645 S AVENUE** <br>**CHICAGO, IL 60617** | | H | | **CONTRACT** | | | | 1,650.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

392,092.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
    **Marcela Avram**

Case No. _____

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | | |
| **Leonidas Galan** c/o Working Hands Legal Clinic 77 W. Washington, #1402 Chicago, IL 60602 | | H | | | | | X | 167,721.00 |
| Account No. | | | | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | | |
| **LUIS MORALES** c/o Working Hands Legal Clinic 77 W. Washington, #1402 Chicago, IL 60602 | | H | | | | | X | 167,721.00 |
| Account No. xx xx x0892 | | | | 110-16 S HOMAN/ 3401 W MONROE | | | | |
| **MB FINANCIAL NA** c/o  ERIC S REIN, ZAFREEN J. 10 S. Waker Dr., Suite 2300 CHICAGO, IL 60606 | | J | | | | | | 2,175,667.66 |
| Account No. | | | | 110-16 S HOMAN/ 3401 W MONROE | | | | |
| **MB FINANCIAL NA** c/o  ERIC S REIN, ZAFREEN J. 10 S. Waker Dr., Suite 2300 CHICAGO, IL 60606 | | J | | | | | | 1,960,700.32 |
| Account No. xx xx x0892 | | | | MB Financial, N.A., as successor in Interest to INBANK, f/k/a Interstate Bank v. Avram, et al., 09-CH-30892 | | | | |
| **MB Financial, N.A.** c/o Eric S. Rein 10 South Wacker Drive, Suite 2300 Chicago, IL 60606 | | J | | | | | X | 4,136,367.98 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,608,177.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
      **Marcela Avram**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Medardo Rendon** c/o Working Hands Legal Clinic 77 W. Washington, #1402 Chicago, IL 60602 | | H | | | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | X | 167,721.00 |
| Account No. **xxxx xxxx xxxx 1338** **MENARD** c/o HSBS BUSSINESS SOLUTION PO BOX 5219 CAROL STREAM, IL 60197 | | | W | | CREDIT CARD | | | | 22,000.00 |
| Account No. **xxxx xxxx xxxx 0567** **MENARD** c/o HSBS BUSSINESS SOLUTION PO BOX 5219 CAROL STREAM, IL 60197 | | H | | | CREDIT CARD | | | | 14,000.00 |
| Account No. **MH CUENCA INC** 2731 W LAWRENCE AVE CHICAGOQ, IL 60625 | | H | | | CONTRACT | | | | 26,000.00 |
| Account No. **xx xx x3891** **Midwest Bank and Trust Company** c/o Andrew H. Eres, Esq. 55 West Monroe, Suite 1200 Chicago, IL 60603 | | | J | | Midwest Bank and Trust Company v. Avram, 08-CH-23891 | | | X | 528,707.47 |

Sheet no. __17__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

758,428.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
　　　　 **Marcela Avram**
_____,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Miguel Guzman** <br>**c/o Working Hands Legal Clinic** <br>**77 W. Washington, #1402** <br>**Chicago, IL 60602** | | H | Francisco Rendon, et al. v. Avram, et al., 08-CV-4230 | | | X | 167,721.00 |
| Account No. <br><br>**MS CONSTRUCTION** <br>**PO BOX 4160** <br>**CAROL STREAM, IL 60197** | | | CONTRACT | | | | 38,000.00 |
| Account No. <br><br>**NATIONAL CITY BANK** <br>**C/O PATRICK J. WILLIAMS, ESQ** <br>**901 WARRENVILLE ROAD, SUITE 175** <br>**LISLE, IL 60532** | | J | 5732 W WASHINGTON | | | X | 833,455.07 |
| Account No. xxxx x0 865 <br><br>**NORDSTROM** <br>**PO BOX 79134** <br>**PHOENIX, AZ 85062-9134** | | W | CREDIT CARD | | | | 1,100.00 |
| Account No. <br><br>**NORTH STAR TRUST COM** <br>**PO BOX 2925** <br>**MILWAKEE, WI 53201-2925** | | H | | | | | 350.00 |

Sheet no. __18__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,040,626.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
    **Marcela Avram**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PARAMONT GRANITE & MARBLE** <br> **6450 W 66TH PLACE, UNIT B** <br> **BEDFORD PARK, IL 60638** | | H | **MERCHANT ACCOUNT** | | | | **25,000.00** |
| Account No. **xxxx xx. xxxx-xx-x9058** <br><br> **Park National Bank** <br> **c/o CROWLEY & LAMB PC** <br> **350 N LASALLE #900** <br> **Chicago, IL 60610** | | J | **PARK NATIONAL BANK, et al. v.Marian Avram, European Development Corp., et. al., 2009-CH-09058** | | | X | **Unknown** |
| Account No. **xxxx0784** <br><br> **PARK RIDGE ANESTHESIOLOGY** <br> **PO BOX 1123** <br> **JACKSON, MI 49204-1123** | | W | **Medical bill** | | | | **1,575.00** |
| Account No. **xxx# xxxxxxxxx0342** <br><br> **PEOPLES GAS** <br> **444 HIGWAY 96 EAST** <br> **PO BOX 64378** <br> **ST PAUL, MN 55164-0437** | | J | **UTILITY BILLS** | | | | **3,151.75** |
| Account No. **xxx# xxxxxxxxx3263** <br><br> **PEOPLES GAS** <br> **444 HIGWAY 96 EAST** <br> **PO BOX 64378** <br> **ST PAUL, MN 55164-0437** | | J | **UTILITY BILLS** | | | | **1,899.00** |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,625.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
         **Marcela Avram**                                              Case No. _____

                                                                   ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx# xxxxxxxxx3970** | | | | UTILITY BILLS | | | | |
| PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437 | | J | | | | | | 199.43 |
| Account No. **xxx# xxxxxxxxx3276** | | | | UTILITY BILLS | | | | |
| PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437 | | J | | | | | | 206.00 |
| Account No. **xxx# xxxxxxxxx1131** | | | | UTILITY BILLS | | | | |
| PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437 | | J | | | | | | 704.00 |
| Account No. **xxx# xxxxxxxxx7148** | | | | UTILITY BILLS | | | | |
| PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437 | | J | | | | | | 367.00 |
| Account No. **xxx# xxxxxxxxx1112** | | | | UTILITY BILLS | | | | |
| PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437 | | J | | | | | | 3,146.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,622.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**                                                    Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx# xxxxxxxxx7585**<br><br>**PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437** | | J | UTILITY BILLS | | | | 13,952.00 |
| Account No. **xxx: xxxxxxxxx8627**<br><br>**PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437** | | J | UTILITY BILLS | | | | 359.00 |
| Account No. **xxx#xxxxxxxxx0341**<br><br>**PEOPLES GAS<br>444 HIGWAY 96 EAST<br>PO BOX 64378<br>ST PAUL, MN 55164-0437** | | J | UTILITY BILLS | | | | 1,497.00 |
| Account No. **xxx#xxx4476**<br><br>**PEOPLES GAS<br>2700 MERIDIAN PARKWAY SUITE 200<br>DURHAM, NC 27713-2204** | | J | UTILITY BILLS | | | | 749.41 |
| Account No. **MARIAN AVRAM/**<br><br>**PEOPLES GAS<br>C/O  HARRIS & HARRIS, LTD<br>222 MERCHANDISE MART PLAZA<br>#1900<br>CHICAGO, IL 60654** | | J | UTILITY BILLS | | | | 1,762.55 |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 18,319.96 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
        **Marcela Avram**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MARIAN AVRAM/** | | | UTILITY BILLS | | | | |
| **PEOPLES GAS**<br>**C/O  HARRIS & HARRIS, LTD**<br>**222 MERCHANDISE MART PLAZA**<br>**#1900**<br>**CHICAGO, IL 60654** | | J | | | | | 739.29 |
| Account No. **xxx#xxxxxxxx8314** | | | UTILITY BILLS | | | | |
| **PEOPLES GAS**<br>**c/o KCA FINANCIAL SERVICE**<br>**PO BOX 53**<br>**GENEVA, IL 60134-0053** | | J | | | | | 262.24 |
| Account No. **xxx#xxxxxxxx8193** | | | UTILITY BILL | | | | |
| **PEOPLES GAS**<br>**c/o KCA FINANCIAL SERVICE**<br>**PO BOX 53**<br>**GENEVA, IL 60134-0053** | | J | | | | | 0.00 |
| Account No. **xxx#xxxxxxxxx2493** | | | UTILITY BILL | | | | |
| **PEOPLES GAS**<br>**c/o KCA FINANCIAL SERVICE**<br>**PO BOX 53**<br>**GENEVA, IL 60134-0053** | | J | | | | | 517.52 |
| Account No. **xxx #xxxxxxxx0817** | | | UTILITY BILL | | | | |
| **PEOPLES GAS**<br>**c/o KCA FIN+B19ANCIAL SERVICE**<br>**PO BOX 53**<br>**GENEVA, IL 60134-0053** | | J | | | | | 36.31 |

| Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,555.36 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxx#xxxxxxxxx8000 | | | | UTILITY BILLS | | | | |
| PEOPLES GAS AMERICOLLECT PO BOX 1566 MANITOWOC, WI 54221-1566 | | J | | | | | | 1,108.85 |
| Account No. xx#xxxxxxxxx8033 | | | | UTILITY BILLS | | | | |
| PEOPLES GAS AMERICOLLECT PO BOX 1567 MANITOWOC, WI 54221-1567 | | J | | | | | | 1,303.90 |
| Account No. xx#xxxxxxxxx8604 | | | | UTILITY BILLS | | | | |
| PEOPLES GAS AMERICOLLECT PO BOX 1568 MANITOWOC, WI 54221-1568 | | J | | | | | | 16,824.92 |
| Account No. xxx#xxxxxxxxx3970 | | | | UTILITY BILLS | | | | |
| PEOPLES GAS AMERICOLLECT PO BOX 1569 MANITOWOC, WI 54221-1569 | | J | | | | | | 199.43 |
| Account No. xxx#xxxxxxxxx1112 | | | | UTILITY BILLS | | | | |
| PEOPLES GASCCB C/O  CREDIT SERVICES 5300 S 6TH STREET SPRINGFIELD, IL 62703-5184 | | J | | | | | | 3,146.93 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **22,584.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
        **Marcela Avram**                                                       Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx#xxxxxxxx8103** <br><br> **PEOPLES GASCCB** <br> **C/O  CREDIT SERVICES** <br> **5301 S 6TH STREET** <br> **SPRINGFIELD, IL 62703-5185** | | J | UTILITY BILLS | | | | 4,023.11 |
| Account No. **xxx#xxxxxxxxx8033** <br><br> **PEOPLES GASCCB** <br> **C/O  CREDIT SERVICES** <br> **5302 S 6TH STREET** <br> **SPRINGFIELD, IL 62703-5186** | | J | UTILITY BILLS | | | | 1,303.90 |
| Account No. **xxx#xxxxxxxxx8000** <br><br> **PEOPLES GASCCB** <br> **C/O  CREDIT SERVICES** <br> **5303 S 6TH STREET** <br> **SPRINGFIELD, IL 62703-5187** | | J | UTILITY BILLS | | | | 1,108.85 |
| Account No. **xxx# xxxxxxxx7858** <br><br> **PEOPLES GASCCB** <br> **C/O  CREDIT SERVICES** <br> **5304 S 6TH STREET** <br> **SPRINGFIELD, IL 62703-5188** | | J | UTILITY BILLS | | | | 1,087.42 |
| Account No. **xx#xxxxxxxxx8067** <br><br> **PEOPLES GASCCB** <br> **C/O  CREDIT SERVICES** <br> **5305 S 6TH STREET** <br> **SPRINGFIELD, IL 62703-5189** | | J | UTILITY BILLS | | | | 1,499.11 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,022.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marian Avram,**
      **Marcela Avram**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx#xxxxxxxxx3263**<br><br>**PEOPLES GASCCB**<br>**C/O  CREDIT SERVICES**<br>**5306 S 6TH STREET**<br>**SPRINGFIELD, IL 62703-5190** | | J | UTILITY BILLS | | | | 1,883.93 |
| Account No.<br><br>**PERRY & ASSOCIATES , LLC**<br>**221 N LASSALE ST**<br>**CHICAGO, IL 60601** | | H | CONTRACT | | | | 5,000.00 |
| Account No. **xx# xx-xxx1056**<br><br>**PRIDE DRYWALL**<br>**3712 S WOOD**<br>**CHICAGO, IL 60609** | | H | CONTRACT | | | | 75,000.00 |
| Account No.<br><br>**RDS DISPOSAL**<br>**221 N WASHTENAW**<br>**CHICAGO, IL 60612** | | H | CONTRACT | | | | 15,000.00 |
| Account No.<br><br>**RENARDO COLEMAN**<br>**7433 S EMERALD AVE**<br>**CHICAGO, IL 60621** | | H | CONTRACT | | | | 8,000.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,883.93

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
         **Marcela Avram**
                                                                    Case No. _____
_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx # x9L 33** | | | | | | | | |
| **RH DONNELLEY PUBLISHING & ADV** c/o JACK H ROTTNER PO BOX 10417 Chicago, IL 60610 | | H | | | | | | 32,072.52 |
| Account No. | | | | CONTRACT | | | | |
| **ROGERS ROOFING** 4540 W WABASH AVE HAMOND, IN 46327 | | H | | | | | | 13,200.00 |
| Account No. **xx# xxx-xx-4506** | | | | CONTRACT | | | | |
| **ROM CONSTRUCTION** 4250 KIRCOFF RD ROLING MEDOWS, IL 60008 | | H | | | | | | 38,000.00 |
| Account No. **xxx-xx-0436** | | | | CONTRACT | | | | |
| **ROTI HEATING& COOLING** 4424 W MONROE CHICAGO, IL 60630 | | H | | | | | | 12,000.00 |
| Account No. **xxxx xxxx xxxx 5392** | | | | CREDIT CARD | | | | |
| **SAKS FIFTH AVE** PO BOX 17157 BALTIMORE, MD 21297 | | W | | | | | | 400.00 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **95,672.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marian Avram,**            Case No. _____
   **Marcela Avram**

                            ,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx x xx xx xxxx8428** | | | **CREDIT CARD** | | | | |
| **SAMS CLUB** **P. O. BOX 530981** **ATLANTA, CA 30353-0981** | | H | | | | | 1,000.00 |
| Account No. **xxxx-xx-xx1268** | | | **Santoys Construction v. Avram, et al., 2009-M1-171268** | | | | |
| **SANTOYS CONSTRUCTION** **Care of BAKER & MILLER** **29 N WAKER DRIVE** **CHICAGO, IL 60603** | | H | | | | | 30,000.00 |
| Account No. | | | **Francisco Rendon, et al. v. Avram, et al., 08-CV-4230** | | | | |
| **Saul Guzman** **c/o Working Hands Legal Clinic** **77 W. Washington, #1402** **Chicago, IL 60602** | | H | | | | X | 167,721.00 |
| Account No. **xx# xxx-xx-0447** | | | **CONTRACT** | | | | |
| **SIMION BATIN** **2750 W WINNEMAC AVE** **CHICAGO, IL 60625** | | H | | | | | 21,000.00 |
| Account No. **xxxx-xx-xx0767** | | | **State Farm v. Avram, 2005-M1-020767** | | | | |
| **STATE FARM MUTUAL** **c/o GOLDMAN AND GRANT** **205 W RANDOLPH** **CHICAGO, IL 60606** | | H | | | | | 3,600.56 |

Sheet no. __27__ of __30__ sheets attached to Schedule of        Subtotal     | 223,321.56 |
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marian Avram,**
      **Marcela Avram**
                                                       ,

Case No. _____

                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Steven E. Moltz, Esq.** <br>**19 S. LaSalle St., Suite 900** <br>**Chicago, IL 60603** | | J | | | | | 32,750.00 |
| Account No. **xx-xx-x5912** <br><br>**Summitbridge Credit Investments LLC** <br>**c/o Chuhak & Tecson, P.C.** <br>**30 S. Wacker Dr., 26th Floor** <br>**Chicago, IL 60606** | | J | Summitbridge Credit Investments, LLC v. Marian Avram, Marcela Avram, et al., 08-CH-25912 | | | | 630,889.65 |
| Account No. **xx xx x5923** <br><br>**Summitbridge Credit Investments LLC** <br>**c/o Chuhak & Tecson, P.C.** <br>**30 S. Wacker Dr., 26th Floor** <br>**Chicago, IL 60606** | | J | Summitbridge Credit Investment, LLC, as assignee and successor in interest to Cole Taylor Bank v. Avram, et al., 08 CH 45923 | | | | 4,671,143.62 |
| Account No. <br><br>**SWISS DESIGN** <br>**4810 W OAKTON ST     PO BOX 204** <br>**SKOKIE, IL 60076** | | H | CONTRACT | | | | 25,000.00 |
| Account No. **xxxx-xx-xx6619** <br><br>**TARGET NATIONAL** <br>**c/o MEYER & NJUS P A** <br>**29 S LASSALE # 635** <br>**CHICAGO, IL 60603** | | W | Target National v. Avram, 2010-M1-186619 | | | | 30,500.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,390,283.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Marian Avram,**
     **Marcela Avram** Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0 271** <br><br> **THYBONY PAINT** <br>**5440 N CLARK** <br>**CHICAGO, IL 60626** | | H | MERCHANT ACC | | | | 5,500.00 |
| Account No. **xx7818** <br><br> **Urban Partnership Bank** <br>**7936 S Cottage Grove** <br>**Chicago, IL 60619** | | J | 3544 W Dickens Ave. Chicago, IL 60647 | | | | 168,000.00 |
| Account No. **x3013** <br><br> **Urban Partnership Bank** <br>**7936 S Cottage Grove** <br>**Chicago, IL 60619** | | J | 5119 W North Ave., Chicago, IL 60651 | | | | 1,200,000.00 |
| Account No. **x5993** <br><br> **Urban Partnership Bank** <br>**7936 S Cottage Grove** <br>**Chicago, IL 60619** | | J | 5119 W North Ave., Chicago, IL 60651 | | | | 235,000.00 |
| Account No. **xxxx xxxx xxxx 7018** <br><br> **US BANK** <br>**PO BOX 790408** <br>**ST LOUIS, MO 63179-0408** | | W | CREDIT CARD | | | | 500.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,609,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Marian Avram,**
          **Marcela Avram**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E.P.A case #1137-070**<br><br>**US Environmental Protection Agency**<br>**c/o Patrick Fitzgerald, US Attorney**<br>**219 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60604** | | J | **Environmental Protection Agency**<br>**Administrative Case #1137-070** | | | X | **Unknown** |
| Account No. **xx-xx-xx4118**<br><br>**VisilaBoldea**<br>**c/o Aaron J. Bryant, Esq**<br>**150 North Michigan, Suite 800**<br>**Chicago, IL 60601** | | J | **VisilaBoldea v. Avram, et al., 09-M1-154118** | | | X | **20,000.00** |
| Account No. **xxxx1265**<br><br>**WEST ASSET MANAGEMENT, INC**<br>**2703 N HIGHWAY 75**<br>**SHERMAN, TX 75090** | | H | **AT&T orig creditor** | | | | **150.00** |
| Account No. **xxxx-xx-xx5600**<br><br>**WESTMINSTER CONDOMIN**<br>**c/o WILKERSON EBONY**<br>**1038 E 47TH ST # 3E**<br>**CHICAGO IL, IL 60653** | | H | **Westminster Condominium v. Avram,**<br>**2010-M1-725600** | | | | **18,940.00** |
| Account No. | | | | | | | |

Sheet no. **30** of **30** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **39,090.00** |
| Total (Report on Summary of Schedules) | **47,963,370.04** |

ABC REMODELERS SUPPLY
5935 W GRAND
CHICAGO, IL 60639


ABT TV- GE MONEY BANK
c/o Meyer & Njus, P.A.
200 S. Sixth St., Suite 1100
MINNEAPOLIS, MN 55402


AJ Smith Federal Savings Bank
14757 S. Cicero Ave.
Midlothian, IL 60445


AMCORE BANK NA
c/o Randall & Keing LLP
45 N. Cityfront Plaza Dr., #2510
CHICAGO, IL 60611


Amcore Bank, N.A.
c/o Randall & Kenig LLP
455 N. Cityfront Plaza Dr., Rm.2510
Chicago, IL 60611


American Community Bank & Trust
c/o Beaulieu Law Offices, P.C.
5339 W. Belmont Ave.
Chicago, IL 60641


AMERICAN COMMUNITY BANK & TRUST
c/o BEAULIEU LAW OFFICES, P.C
5339 W BELMONT AVE
CHICAGO, IL 60641


AMERICAN EXPRESS -
DELTA SKYMILES
PO BOX 0001
LOS ANGELES, CA 90096-8000


Archer Bank
c/o MARTIN & KARCAZES LTD
161 N.CLARK ST. #550
Chicago, IL 60601


Audi Financial Service
PO BOx 7498
Libertyville, IL 60048

Bahtiar Hoxna
30 N,. LaSalle Street, Suite 29
Chicago, IL 60602


BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285


BELSTON UNIVERSITY MANAGEMENT
223B Stiger street,
Suite 12- P OBox913
HACKETTSTOWN, NJ 07840-0913


BLUE LINE CONSTRUCTION
PO BOX 1836
MELROSE PARK, IL 60161


BMO Harris, NA
c/o William J. Serritella Jr.
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611


CAPITAL ONE
PO BOX 6492
CAROL STREAM, IL 60197


CAROLINA ASSOCIATION
c/o Peace of Mind Properties
1038 E 47th St 3F
CHICAGO, IL 60653


CERTIFIED WINDOW
2840 N CENTRAL PARK AVE
CHICAGO, IL 60618


Charter One
1215 Superior Avenue
Cleveland, OH 44114


CHASE
POBOX 15153
WILMINGTON, DE 19886

Chase Home Finance
PO Box 44090
Jacksonville, FL 32231


CHASE-SONY CARD
POBOX 15153
WILMINGTON, DE 19886


CITI MASTER CARD
PROCCESING CENTER
DES MOINT, IA 50364


CITIBANK- HOME DEPOT
P.O BOX 66768
HOUSTON, TX 77266-6768


CITIBANK- SHELL
C/o  CLIENT SERVICES INC
3451 HARRY TRUMAN BLVD
ST CHARLES, MO 63301-4047


CITY OF CHICAGO
c/o Markoff & Krasny
29 N Wacker Dr., Suite 550
CHICAGO, IL 60606-2854


CITY OF CHICAGO
c/o TALAN & KTSANES
223 W JACKSON #512
CHICAGO, IL 60606


CITY OF CHICAGO
c/o GOLDMAN AND GRANT
205 W RANDOLPH
CHICAGO, IL 60606


CITY OF CHICAGO
c/o CORPORATION COUNSEL
30 N LASSALE 800
CHICAGO, IL 60602


CITY OF CHICAGO
c/o Markoff & Krasny
29N Wacker Drive #550
CHICAGO, IL 60606

```
CITY OF CHICAGO
c/o BAKER & MILLER
29 N WAKER DRIVE
CHICAGO, IL 60603


CITY OF CHICAGO
c/o WEXLER & WEXLER
500 W MADISON # 450
CHICAGO, IL 60661


CITY OF CHICAGO
c/o CORPORATION COUNSEL
30 N LASALLE 800
CHICAGO, IL 60602


CLARK HARDWARE DEVON
6401 N CLARK ST
CHICAGO, IL 60626


Cole Taylor Bank
c/o William J. Serritella Jr., Esq.
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611


COLE TAYLOR BANK
c/o ARONBERG GOLDGEHN
330 N WABASH AVE- SUITE 1700
CHICAGO, IL 60611


COMED
P O BOX 6111
CAROL STREAM    IL 60197-6111


COMED  re:26499
P O BOX 6111
CAROL STREAM    IL 60197-6111


CRAFTY BEAVER HOME
c/o Arnstein & Zeller
2516 WAUKEGAN RD 171
GLENVIEW, IL 60025


CRANE & NARCROSS
2 NORTH LASALLE ST
CHICAGO, IL 60602
```

Crystal Lake Bank
70 N. Williams St.
Crystal Lake, IL 60014


DALEY AND GEORGE
20 S CLARK ST #400
CHICAGO, IL 60603


DANIEL MARAN
3447 W 73RD PLACE
CHICAGO, IL 60629


DEBORAH JOHNSON
c/o DEUTSCHMAN & ASSOCIATES PC
77 W WASHINGTON#1525
CHICAGO, IL 60602


DIRECT CABINETS
6160 N CICERO
CHICAGO, IL 60646


DISCOVER
PO BOX 3025
NEW ALBANY, OH 43053


DISCOVER GOLD
PO BOX 3025
NEW ALBANY, OH 43053


DOMINGO TORRESS
2750 S PULASKY AVE
CHICAGO, IL


EVERGREEN OAK ELECTRIC
P O BOX 549
CRESTWOOD, IL 60445


First Midwest Bank
17500 Oak Park Avenue
Tinley Park, IL 60477


First Midwest Bank
PO BOX 9003
Gurnee, IL 60031

FirstMerit Bank, N.A.
61 East VanBuren St
Chicago, IL 60605


FORD MOTOR CREDIT
PO BOX 6508
MESA, AZ 85216-6508


FRANCISCO RENDON
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


Harris Trust & Savings
111 West Monroe Street
Chicago, IL 60603


Hector Guzman
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


Hermilo Hernandez
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


HERRING TIRAJI Y
Address Unknown


HINCKLEY SPRINGS
PO BOX 660579
DALLAS, TX 75266


Jose Carlos Cardenas
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


Jose Salazar
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602

Juan Carlos Cardenas
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


Juan Hernandez
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


KARE & ASSOCIATES
100 N LASALLE
CHICAGO, IL 60602


KNORR & CO. LTD
116  S ARLINGTON HEIGHTS RD
ARLINGTON HEIGHTS    IL 60005


LEGEND PAINTERS
10645 S AVENUE
CHICAGO, IL 60617


Leonidas Galan
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


LUIS MORALES
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


MB FINANCIAL NA
c/o  ERIC S REIN, ZAFREEN J.
10 S. Waker Dr., Suite 2300
CHICAGO, IL 60606


MB Financial, N.A.
c/o Eric S. Rein
10 South Wacker Drive, Suite 2300
Chicago, IL 60606


Medardo Rendon
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602

MENARD
c/o HSBS BUSSINESS SOLUTION
PO BOX 5219
CAROL STREAM, IL 60197


Meyer & Njus, P.A.
1100 US Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402


MH CUENCA INC
2731 W LAWRENCE AVE
CHICAGOQ, IL 60625


Midwest Bank and Trust Company
c/o Andrew H. Eres, Esq.
55 West Monroe, Suite 1200
Chicago, IL 60603


Miguel Guzman
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


MS CONSTRUCTION
PO BOX 4160
CAROL STREAM, IL 60197


NATIONAL CITY BANK
C/O PATRICK J. WILLIAMS, ESQ
901 WARRENVILLE ROAD, SUITE 175
LISLE, IL 60532


NORDSTROM
PO BOX 79134
PHOENIX, AZ 85062-9134


NORTH STAR TRUST COM
PO BOX 2925
MILWAKEE, WI 53201-2925


PARAMONT GRANITE & MARBLE
6450 W 66TH PLACE, UNIT B
BEDFORD PARK, IL 60638

Park National Bank
c/o CROWLEY & LAMB PC
350 N LASALLE #900
Chicago, IL 60610


PARK RIDGE ANESTHESIOLOGY
PO BOX 1123
JACKSON, MI 49204-1123


PEOPLES GAS
444 HIGWAY 96 EAST
PO BOX 64378
ST PAUL, MN 55164-0437


PEOPLES GAS
2700 MERIDIAN PARKWAY SUITE 200
DURHAM, NC 27713-2204


PEOPLES GAS
C/O  HARRIS & HARRIS, LTD
222 MERCHANDISE MART PLAZA #1900
CHICAGO, IL 60654


PEOPLES GAS
c/o KCA FINANCIAL SERVICE
PO BOX 53
GENEVA, IL 60134-0053


PEOPLES GAS
c/o KCA FIN+B19ANCIAL SERVICE
PO BOX 53
GENEVA, IL 60134-0053


PEOPLES GAS
AMERICOLLECT
PO BOX 1566
MANITOWOC, WI 54221-1566


PEOPLES GAS
AMERICOLLECT
PO BOX 1567
MANITOWOC, WI 54221-1567

```
PEOPLES GAS
AMERICOLLECT
PO BOX 1568
MANITOWOC, WI 54221-1568


PEOPLES GAS
AMERICOLLECT
PO BOX 1569
MANITOWOC, WI 54221-1569


PEOPLES GASCCB
C/O CREDIT SERVICES
5300 S 6TH STREET
SPRINGFIELD, IL 62703-5184


PEOPLES GASCCB
C/O CREDIT SERVICES
5301 S 6TH STREET
SPRINGFIELD, IL 62703-5185


PEOPLES GASCCB
C/O CREDIT SERVICES
5302 S 6TH STREET
SPRINGFIELD, IL 62703-5186


PEOPLES GASCCB
C/O CREDIT SERVICES
5303 S 6TH STREET
SPRINGFIELD, IL 62703-5187


PEOPLES GASCCB
C/O CREDIT SERVICES
5304 S 6TH STREET
SPRINGFIELD, IL 62703-5188


PEOPLES GASCCB
C/O CREDIT SERVICES
5305 S 6TH STREET
SPRINGFIELD, IL 62703-5189


PEOPLES GASCCB
C/O CREDIT SERVICES
5306 S 6TH STREET
SPRINGFIELD, IL 62703-5190
```

PERRY & ASSOCIATES , LLC
221 N LASSALE ST
CHICAGO, IL 60601


PRIDE DRYWALL
3712 S WOOD
CHICAGO, IL 60609


RDS DISPOSAL
221 N WASHTENAW
CHICAGO, IL 60612


RENARDO COLEMAN
7433 S EMERALD AVE
CHICAGO, IL 60621


RH DONNELLEY PUBLISHING & ADV
c/o JACK H ROTTNER
PO BOX 10417
Chicago, IL 60610


ROGERS ROOFING
4540 W WABASH AVE
HAMOND, IN 46327


ROM CONSTRUCTION
4250 KIRCOFF RD
ROLING MEDOWS, IL 60008


ROTI HEATING& COOLING
4424 W MONROE
CHICAGO, IL 60630


SAKS FIFTH AVE
PO BOX 17157
BALTIMORE, MD 21297


SAMS CLUB
P. O. BOX 530981
ATLANTA, CA 30353-0981


SANTOYS CONSTRUCTION
Care of BAKER & MILLER
29 N WAKER DRIVE
CHICAGO, IL 60603

Saul Guzman
c/o Working Hands Legal Clinic
77 W. Washington, #1402
Chicago, IL 60602


SIMION BATIN
2750 W WINNEMAC AVE
CHICAGO, IL 60625


STATE FARM MUTUAL
c/o GOLDMAN AND GRANT
205 W RANDOLPH
CHICAGO, IL 60606


Steven E. Moltz, Esq.
19 S. LaSalle St., Suite 900
Chicago, IL 60603


Subaru Motor Finance
PO Box 9003
Gurnee, IL 60031-9003


Summitbridge Credit Investments LLC
c/o Chuhak & Tecson, P.C.
30 S. Wacker Dr., 26th Floor
Chicago, IL 60606


SWISS DESIGN
4810 W OAKTON ST      PO BOX 204
SKOKIE, IL 60076


TARGET NATIONAL
c/o MEYER & NJUS P A
29 S LASSALE # 635
CHICAGO, IL 60603


THYBONY PAINT
5440 N CLARK
CHICAGO, IL 60626


Urban Partnership Bank
7936 S Cottage Grove
Chicago, IL 60619

```
US BANK
PO BOX 790408
ST LOUIS, MO 63179-0408


US Environmental Protection Agency
c/o Patrick Fitzgerald, US Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


VisilaBoldea
c/o Aaron J. Bryant, Esq
150 North Michigan, Suite 800
Chicago, IL 60601


WEST ASSET MANAGEMENT, INC
2703 N HIGHWAY 75
SHERMAN, TX 75090


WESTMINSTER CONDOMIN
c/o WILKERSON EBONY
1038 E 47TH ST # 3E
CHICAGO IL, IL 60653
```